UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-76 |
| ERNEST MORENO, ET AL. | SECTION "N" |

### ORDER AND REASONS

Presently before the Court are "Defendant Moreno's Appeal of Magistrate's Denial of Pretrial Conditions of Release and Request for Special Setting" (Rec. Doc. 161) and "Defendant Moreno's Objection to the Magistrate's Report and Recommendation" (Rec. Doc. 170).  The Court has carefully reviewed the law, the record in this matter, and the parties' submissions.  Given all of the factors outlined by Magistrate Judge Roby in the Report and Recommendation (Rec. Doc. 164) and by the Government in its opposition memorandum (Rec. Doc. 171), particularly including the chronology of events since Magistrate Judge Mumm released Defendant on bond, on March 28, 2016, **IT IS ORDERED** that Magistrate Judge Roby's May 2, 2016 detention order is **AFFIRMED**. See Rec. Docs. 148 - 151.  **IT IS FURTHER ORDERED** that Defendant's objection (Rec. Doc. 170) to Magistrate Judge Roby's Report and Recommendation (Rec. Doc. 164) is **OVERRULED**. **IT IS FINALLY ORDERED** that Magistrate Roby's Report and Recommendation is approved and adopted as the Court's opinion in this matter.

New Orleans, Louisiana, this 24th day of June 2016.

_____
**KURT D. ENGELHARDT**
**United States District Judge**