**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-76 |
| ERNESTO MORENO | SECTION "L" |

## ORDER AND REASONS

The Court is in receipt of Petitioner's Motion for Reconsideration Under Rule 60(b), R. Doc. 492. Petitioner requests that this Court set aside Petitioner's October 18, 2019 Notice of Appeal to the United States Court of Appeals for the Fifth Circuit. *Id.* at 1. Having considered this motion and the corresponding record, the Court rules accordingly:

On September 20, 2019, this Court denied Moreno's petition for writ of habeas corpus under 28 U.S.C. § 2255, and a corresponding judgment was rendered. R. Docs. 475, 476. Moreno appealed this judgment in October 2019. R. Doc. 478. On December 23, 2019, the Fifth Circuit denied writ for failure to prosecute because Petitioner had failed to timely pay the docketing fee or proceed *in forma pauperis*. R. Doc. 481. On May 12, 2020, this Court granted Petitioner's motion to proceed *in forma pauperis* for his appeal. R. Doc. 490. On July 2, 2020, the Fifth Circuit wrote to Petitioner explaining that Petitioner's case remains closed and it will take no further action on Petitioner's notice of appeal and request for appointment of counsel. Case. No. 19-30871, Doc. 515476354. This matter is therefore no longer before the Court. Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration Under Rule 60(b) is denied as **MOOT**.

New Orleans, Louisiana, this 11th day of September 2020.

UNITED STATES DISTRICT JUDGE

CC:    Ernesto Moreno
        73301-112
        FCI Victorville Medium II
        P.O. Box 3850
        Adelanto, CA 92301